

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 26, 2026

VIA ECF
Hon. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:  *Hoda Hashemian v. USCIS,* No. 26 Civ. 1989 (MMG)

Dear Judge Garnett:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an application for immigration relief (Form N-400). On behalf of the government, and with the consent of Plaintiff, I write respectfully to request an adjournment of the initial pretrial conference currently scheduled for April 2, 2026, at 9:30 a.m., to a date and time convenient the Court and the parties after the government's response to the complaint is due on May 25, 2026.

The reason for this request is that this Office was served a copy of the complaint on March 24, and I was assigned to the matter yesterday. Accordingly, I have not had the opportunity to review the case nor confer with USCIS about our litigation position in this case. As a result, I am not able to confer with the plaintiff about a case management plan, next steps, or an appropriate schedule in this matter. The additional time would permit me the time to pursue this process and once I have done so, to confer with Plaintiff's counsel about the matters to be addressed at the conference, as well as, if appropriate, any potential informal resolution of this case.

This is the first request for an adjournment in this case, and as noted, Plaintiff consents to this request. I thank the Court for its consideration of this request.

> GRANTED. The Initial Pretrial Conference previously scheduled for April 2, 2026 is ADJOURNED until **June 18, 2026** at **9:30 A.M.** The deadline for the parties' joint pre-conference submission is likewise EXTENDED until **June 11, 2026**.
>
> SO ORDERED. Dated March 27, 2026.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  /s/ *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisher@usdoj.gov
*Attorney for Defendants*

cc:  Counsel of record (via ECF)